No. 1355, Misc.   BLACKMAN *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 107.   UNITED STATES *v.* BARNETT ET AL., 376 U. S. 681;

No. 336.   MERCER *v.* THERIOT, *ante,* p. 152;

No. 958.   PAUL REVERE LIFE INSURANCE CO. *v.* FIRST NATIONAL BANK IN DALLAS, ADMINISTRATOR, *ante,* p. 935; and

No. 1296, Misc.   DELANEY *v.* OREGON, *ante,* p. 929. Petitions for rehearing denied.

JUNE 10, 1964.

No. 1290, Misc.   McIVER *v.* TEXAS.   On petition for writ of certiorari to the Court of Criminal Appeals of Texas.   Petition dismissed pursuant to Rule 60 of the Rules of this Court.

JUNE 12, 1964.

No. 920.   DOERR *v.* ELDER ET AL.   On petition for writ of certiorari to the Supreme Court of Nebraska.   Petition dismissed pursuant to Rule 60 of the Rules of this Court.   *Robert L. Stern* and *Clarence A. Davis* for petitioner.

No. 921.   GENERAL MOTORS ACCEPTANCE CORP. *v.* MACKRILL.   Appeal from the Supreme Court of Nebraska.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *Robert L. Stern* and *Charles S. Reed* for appellant.   *Max Kier* for appellee.